IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| CHRISTOPHER BOWLING | : | VIOLATIONS:<br>18 U.S.C. § 2261A(2) (cyberstalking - 5 counts)<br>18 U.S.C. § 875(c) (threats in interstate commerce - 1 count) |
| | : | |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT**:

From in or about January 2019 through on or about January 13, 2021, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CHRISTOPHER BOWLING**

knowingly and intentionally, with the intent to injure, harass, and intimidate another person, used the mail, any interactive computer service, electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to T.R., an individual known to the grand jury.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

From in or about January 2019 through on or about January 13, 2021, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CHRISTOPHER BOWLING**

knowingly and intentionally, with the intent to injure, harass, and intimidate another person, used the mail, any interactive computer service, electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to S.M, an individual known to the grand jury.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

From in or about January 2019 through on or about January 13, 2021, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

## CHRISTOPHER BOWLING

knowingly and intentionally, with the intent to injure, harass, and intimidate another person, used the mail, any interactive computer service, electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to R.A, an individual known to the grand jury.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES:**

From in or about January 2019 through on or about January 13, 2021, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CHRISTOPHER BOWLING**

knowingly and intentionally, with the intent to injure, harass, and intimidate another person, used the mail, any interactive computer service, electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to R.A.M., an individual known to the grand jury.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES:**

From in or about January 2019 through on or about January 13, 2021, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

## CHRISTOPHER BOWLING

knowingly and intentionally, with the intent to injure, harass, and intimidate another person, used the mail, any interactive computer service, electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to M.G., an individual known to the grand jury.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES:**

On or about July 28, 2020, in Coatesville, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CHRISTOPHER BOWLING**

knowingly, with knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate commerce a communication, that is, e-mail messages to M.G., which contained threats to assault M.G.

In violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER BOWLING

INDICTMENT

Counts

18 U.S.C. § 2261A(2) (cyberstalking - 5 counts);
18 U.S.C. § 875(c) (threats in interstate commerce - 1 count)



Filed in open court this 9TH day,
of MARCH A.D. 20 21

_____
Clerk

Bail, $_____