

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Joseph A. LaBar*
*Direct Dial: (215) 861-8516*
*Facsimile: (215) 861- 8618*
*E-mail Address: Joseph.LaBar@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 31, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Christopher Bowling
              Criminal No. 21-078

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on March 9, 2021.

                        Very truly yours,

                        JENNIFER ARBITTIER WILLIAMS
                        Acting United States Attorney

                        */s/ Joseph A. LaBar*
                        Joseph A. LaBar
                        Assistant United States Attorney